JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -x
                       :

UNITED STATES OF AMERICA

                       :    **INDICTMENT**

    -v-

                       :

FELIX TAVAREZ,
   a/k/a "Felix Soto,"     :   **07 CRIM. 532**

           Defendant.   :

- - - - - - - - - - - - - - x

**COUNT ONE**

The Grand Jury charges:

1.    From at least in or about 2004, up to and
including in or about June 2007, in the Southern District of New
York and elsewhere, FELIX TAVAREZ, a/k/a "Felix Soto," the
defendant, and others known and unknown, unlawfully,
intentionally, and knowingly did combine, conspire, confederate,
and agree together and with each other to violate the narcotics
laws of the United States.

2.    It was a part and an object of the conspiracy that
FELIX TAVAREZ, a/k/a "Felix Soto," the defendant, and others
known and unknown, would and did distribute, and possess with
intent to distribute, a controlled substance, to wit, five
kilograms and more of mixtures and substances containing a
detectable amount of cocaine, in violation of Sections 812,
841(a)(1), and 841(b)(1)(A) of Title 21 of the United States
Code.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 11 2007

<u>Overt Acts</u>

3.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.    On or about April 10, 2007, FELIX TAVAREZ, a/k/a "Felix Soto," the defendant, had a telephone conversation with a co-conspirator not named as a defendant herein, in the Bronx, New York, about the sale of cocaine.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

FELIX TAVAREZ,
a/k/a "Felix Soto,"

**Defendant.**

### INDICTMENT

07 CR _____

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.

*Post-It 11/1/87*

*6/11/07. Fld Indictment, case assigned to
Judge Scheindlin for all purposes.
Eaton, J. U.S.M.J.*