

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

November 6, 2007

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   United States v. Felix Tavarez
           07 Cr. 532 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from November 8, 2007 to a date convenient for the Court during the first week in December, 2007, if possible.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between November 8, 2007 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten:] The Government's request is granted. The conference previously scheduled for Nov. 8, 2007 is adjourned to Dec. 5, 2007, at 4:00 p.m. Time is to be excluded for purposes of the Speedy Trial Act.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Ramon Pagan, Esq. (By facsimile)

*[Handwritten:] Date: Nov. 6, 2007*

SO ORDERED:

_____
Shira A. Scheindlin, USDJ