

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 4, 2007
~~November 6, 2007~~



**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

Re: United States v. Felix Tavarez
07 Cr. 532 (SAS)

Dear Judge Scheindlin:

The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from December 5, 2007 to a date convenient for the Court during January, 2008, if possible, to accommodate a family medical issue of defense counsel.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between December 5, 2007 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*The parties' request is granted. The conference previously scheduled on December 5, 2007 is hereby adjourned to January 4, 2008, at 4:30pm. Time between today and that date is hereby excluded for purposes of the Speedy Trial Act.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Ramon Pagan, Esq. (By facsimile)

SO ORDERED:

Date: New York, New York
December 5, 2007

_____
Shira A. Scheindlin
U.S.D.J.