# Pagán & Pagán

*Attorneys at Law*
2116 Williamsbridge Road, Bronx, New York 10709
(718) 993 1598 – Tel. (718) 792 7645 – Fax
www.ramonpaganlaw.com
rpaganlaw@gmail.com

Ramón W. Pagán, Esq.
Ramón A. Pagán, Esq.

Via Facsimile
March 4, 2008

Re:   U.S.A. v Taveras, et al
       07 Cr 532

Honorable Judge Shira A. Scheindlin
U.S. District Court Judge
US District Court SDNY
500 Pearl Street
New York, N.Y. 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

Judge Scheindlin:

I am requesting that the matter scheduled for March 5th, 2008 be adjourned to the first week of April 2008.
My family is experiencing an extreme health situation, and the doctors have scheduled a procedure for my daughter during the time that our conference was scheduled for.

   I would appreciate a late afternoon scheduling.

   I have explained the matter to Mr. Taveras and he consents to the exclusion of time for speedy trial purpose.
   The government has consented.

                                    Respectfully submitted.

                                    Ramon W. Pagán

cc: Ms. Mole AUSA

*[Handwritten order:]* Request granted. Conference adjourned to April 2 2008 at 4:30 p.m. and time excluded. So Ordered. SAS USDJ 3/4/08