

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

April 1, 2008

RECEIVED
CHAMBERS OF
APR 01 2008
JUDGE SCHEINDLIN

**By Facsimile: 212-805-7920**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

  Re:   United States v. Felix Tavarez
        07 Cr. 532 (SAS)

Dear Judge Scheindlin:

  The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from April 2, 2008 to a date convenient for the Court during May, 2008, if possible, so that the parties can continue discussions concerning the possibility of a disposition before trial.

  The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between April 2, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, which seem to be promising. The Government makes this request with the consent of counsel for the defendant.

*Request Granted. The Conference scheduled for April 2, 2008 is adjourned to May 7, 2008 at 4:30 p.m. Time is excluded. So Ordered.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

*April 1, 2008*

cc: Ramon Pagan, Esq. (By facsimile)

TOTAL P.01