

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

```
RECEIVED
CHAMBERS OF
MAY 0 6 2008
JUDGE SCHEINDLIN
```

**By Facsimile: 212-805-7920**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Felix Tavarez
             07 Cr. 532 (SAS)

Dear Judge Scheindlin:

       The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from May 7, 2008 to a date convenient for the Court during June, 2008, if possible, so that the parties can continue discussions concerning the possibility of a disposition before trial.

       The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between May 7, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, which seem to be promising. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Ramon Pagan, Esq. (By facsimile)

*[Handwritten annotation:] Request granted. Conference adjourned to June 10 at 4:30 p.m. Time excluded.*

*[Handwritten:] So Ordered [signature] USDJ 5/6/08*