

**U.S. Department of Justice**

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 4, 2008

**By Facsimile: 212-805-7920**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Felix Tavarez
             07 Cr. 532 (SAS)

Dear Judge Scheindlin:

       The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from June 10, 2008 to a date convenient for the Court after the first week in July, 2008, if possible, so that the parties can continue discussions concerning the possibility of a disposition before trial.

       The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between June 10, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, which seem to be promising. The Government makes this request with the consent of counsel for the defendant.

*The parties' request is granted. The conference scheduled for June 10, 2008 is adjourned to Friday, July 11, 2008, at 4:30 p.m. Time between today and that date is excluded for purposes of the Speedy Trial Act.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

SO ORDERED:

Dated: New York, New York
June 5, 2008

/s/ Shira A. Scheindlin
U.S.D.J.

By: /s/ Eugene Ingoglia
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Ramon Pagan, Esq. (By facsimile)