

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 9, 2008

RECEIVED
CHAMBERS OF

JUL 09 2008

JUDGE SCHEINDLIN

**By Facsimile: 212-805-7920**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Felix Tavarez
           07 Cr. 532 (SAS)

Dear Judge Scheindlin:

        The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from July 11, 2008 to a date convenient for the Court in September, 2008, if possible, so that the parties can continue discussions concerning the possibility of a disposition before trial.

        The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between July 11, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, which seem to be promising. The Government makes this request with the consent of counsel for the defendant.

*The Government's request is granted. The conference originally scheduled for July 11, 2008 is adjourned to September 19, 2008 at 4:30 p.m. Time between today and that date is excluded for purposes of the Speedy Trial Act.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

*Dated: New York, New York
July 10, 2008*

SO ORDERED:

By: [signature]
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

Shira A. Scheindlin
U.S.D.J.

cc:  Ramon Pagan, Esq. (By facsimile)