

U.S. Department of Justice

United States Attorney
Southern District of New York

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 9/18/08         │
└─────────────────────────────┘
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2008

By Facsimile: 212-805-7920
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   United States v. Felix Tavarez
           07 Cr. 532 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from September 19, 2008 to a date convenient for the Court after the third week of October 2008, if possible, so that the parties can continue discussions concerning the possibility of a disposition before trial.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between September 19, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, which seem to be promising. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten annotation: Request granted. Conference adjourned to October 24 at 4 p.m. Time excluded. So Ordered. /s/ 9/17/08]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Ramon Pagan, Esq. (By facsimile)

TOTAL P.01